# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>THOMAS CUEVAS, et al.,<br><br>  Defendants. | Case No.: 1:20-cv-00400 NONE JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT (Doc. 28) |

The plaintiff reports that this matter has settled and indicates it will seek dismissal of the action soon. (Doc. 28) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than March 19, 2021**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

   Dated:   **January 18, 2021**          /s/ Jennifer L. Thurston
                                           UNITED STATES MAGISTRATE JUDGE