# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>   v.<br><br>THOMAS CUEVAS, et al.,<br><br>            Defendants. | Case No.: 1:20-cv-00400 NONE JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE TO THIS CASE AND TO CLOSE THE ACTION<br>(Doc. 30) |

The parties have filed a stipulated dismissal with prejudice, with the parties to bear their own fees and costs. (Doc. 30) Accordingly, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

Dated: **February 24, 2021**          **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE